(August 25, 1967)

ARMANDO TUCCI et al., Respondents-Appellants, v. STATE OF NEW YORK et al., Appellants-Respondents. (Claim No. 40955.)

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur.